```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,         Jacksonville, Florida

         Plaintiff,               Case No. 3:23-cr-180-HES-SJH

  v.                              January 29, 2025

NOAH MICHAEL URBAN,               1:39 p.m. to  to 1:50 p.m.

         Defendant.               Courtroom No. 10 C
_____



                        STATUS CONFERENCE
            BEFORE THE HONORABLE HARVEY E. SCHLESINGER
                   UNITED STATES DISTRICT JUDGE



COUNSEL FOR GOVERNMENT:
      JOHN CANNIZZARO, ESQUIRE
      DOJ-USAO
      300 North Hogan Street
      Suite 700
      Jacksonville, Florida 32202


COUNSEL FOR DEFENDANT:

      KATHRYN E. SHELDON, ESQUIRE
      Federal Defender's Office
      200 West Forsyth Street
      Suite 1240
      Jacksonville, Florida 32202

COURT REPORTER:

      Heather Randall, RPR
      221 North Hogan Street, #185
      Jacksonville, Florida 32202
      Telephone:  (904) 549-1307
      Randall4817@yahoo.com


       (Proceedings recorded by mechanical stenography; transcript
                                         produced by computer.)
```

```
 1                    P R O C E E D I N G S
 2   January 29, 2025                                    1:39 p.m.
 3                              - - -
 4              THE COURTROOM DEPUTY:  Case number
 5   3:23-cr-180-HES-SJH, United States of America v. Noah Michael
 6   Urban.
 7              Counsel, please state your presence for the record.
 8              MR. CANNIZZARO:  Good afternoon, Your Honor.  John
 9   Cannizzaro on behalf of the United States.
10              MS. SHELDON:  Good afternoon, Your Honor.  Kathryn
11   Sheldon on behalf of Mr. Urban.
12              In Mr. Urban's case we have been negotiating a plea
13   agreement with California.  We all had a meeting.
14              THE COURT:  Are they going to do a Rule 20?
15              MS. SHELDON:  Yes, sir.
16              We all have a meeting -- we all had a meeting to talk
17   about language that we wanted in and out.  We went through the
18   draft.  Mr. Urban is prepared and ready to sign.  I just need
19   them to give me the final copy and then to get the signatures
20   from California and from here indicating that a Rule 20 is
21   acceptable.
22              And so for those reasons, I'm requesting a 60-day
23   continuance for Mr. Urban.
24              THE COURT:  Any objection?
25              MR. CANNIZZARO:  No objection, Your Honor.
```

1        THE COURT:  Was the court -- or the U.S. attorney --
2   or the FBI in touch with you about your client's activities
3   with respect to a hacking incident involving the Court?
4        MS. SHELDON:  Mr. Urban?
5        THE COURT:  Yes.
6        MS. SHELDON:  No.
7        THE COURT:  Are you aware of that?
8        MR. CANNIZZARO:  I was advised that there was a hack
9   into a magistrate judge's e-mail account where Mr. Urban's
10  indictment was obtained, an unsealed -- a copy of the sealed
11  indictment --
12       THE COURT:  Yes.
13       MR. CANNIZZARO:  -- which was --
14       THE COURT:  They got into the confidential stuff.
15       MR. CANNIZZARO:  And my understanding was that that
16  account was then shut down.
17       THE COURT:  Yes.
18       MR. CANNIZZARO:  And they're trying to figure out
19  what --
20       THE COURT:  I think ultimately what had happened was
21  a codefendant in the California case was trying to find out
22  about Mr. Urban's activity in this case.
23       MR. CANNIZZARO:  I was not aware of that.  All I
24  found out was -- from the FBI, was that there was an e-mail
25  compromised on a magistrate judge here.  And then they were

```
 1  going --
 2              THE COURT:  Yes.
 3              MS. SHELDON:  So Mr. Urban has been in custody at the
 4  Bradford County Jail.  Is there a concern that he hacked --
 5  that Mr. Urban hacked --
 6              THE COURT:  No.
 7              MS. SHELDON:  No.  No.  No.  Okay.
 8              THE COURT:  It was just -- let me put this in polite
 9  terms without revealing what shouldn't be revealed.
10              Without knowing a lot of what went on, there was a
11  security concern about Judge Horovitz and me, that someone was
12  trying to get personal information on us from this case.  What
13  it ultimately turned into was a big faux pas.  The Court's
14  password -- business is handled by an outside contractor.  And
15  somebody called the outside contractor representing to be Judge
16  Toomey saying, "I need a password change."  And they gave out
17  the password change.  That's how whoever was making the phone
18  call got into the court.
19              Now -- and then it turned out, "No problem with your
20  safety."
21              I'm going to be 85 this year.  And our daughters keep
22  telling me, "You need to write a book about your 50 years on
23  the bench."  And the only part they want me to leave out is all
24  of the threats over the years.  Because they remember as little
25  kids, I used to have mugshots on the inside cabinet doors of
```

```
 1  the kitchen.  And I would say, "If you see any of these people,
 2  call the police immediately."
 3          And so we thought we were maybe back in another one
 4  of those years, but it turned out not to involve him.
 5          So I knew about the California case, but I didn't
 6  know you were working on a Rule 20.
 7          MR. CANNIZZARO:  Yes.  Our plan is -- Your Honor, is
 8  to get you the --
 9          THE COURT:  All of them?
10          MR. CANNIZZARO:  -- everything.
11          THE COURT:  Is he just -- is that the only other case
12  pending?
13          MR. CANNIZZARO:  That is the only other case pending.
14          THE COURT:  Okay.
15          MR. MESROBIAN:  And I'm pretty sure in the plea
16  agreement that we fashioned, he's not going to be looking at
17  any other charges in either of our districts, because he's
18  going to be pleading to these offenses here.
19          THE COURT:  Okay.  I'll grant the defendant's request
20  for a continuance and reset the trial until April -- Monday,
21  April 7th, at 9:30, and the status conference Wednesday, March
22  19th at 1:30.
23          MS. SHELDON:  Your Honor, I will be out of the
24  country on March 19th.
25          THE COURT:  When are you going to be gone?
```

1          MS. SHELDON:  That week is spring break for Duval
2   County Public Schools, so I'm taking my kids somewhere.  I'm
3   sure I can have someone appear in my stead --
4          THE COURT:  Okay.
5          MS. SHELDON:  -- should we not have it resolved by
6   then.
7          THE COURT:  We can leave it that way.  If you need to
8   change it again, we'll do that.
9          I used to tell people that you will not find a more
10  accommodating judge than me east of the Mississippi.  And then
11  I amended it to east of the Pacific Ocean.  And, similarly, my
12  argument about Hawaii -- which reminds me of a great story.
13         You know, sometimes people don't realize the stupid
14  mistakes they make.  Maybe about 1993 or 1994, Judge
15  Grassley -- Senator Grassley was very, very concerned that
16  circuits were holding their conferences in places outside of
17  their territory.
18         The Eleventh Circuit used to hold our conferences at
19  the Grove Park Inn in Ashville, North Carolina.  It was a great
20  place to go.
21         And so he had a statute pass, because he was mad that
22  the Ninth Circuit continually had their conferences in Hawaii.
23  So he had a statute enacted requiring the circuit conferences
24  be held in the territory of the circuit.  Now, if he was
25  concerned about Hawaii, what was he going to do about the Ninth

```
 1  Circuit?  They still meet in Hawaii because it's in their
 2  territory.
 3           So we'll take care of that.  Don't worry.  I have you
 4  down for the March 19th.
 5           Enjoy your -- did you say you were going out of the
 6  country with them?
 7           MS. SHELDON:  Yes.
 8           THE COURT:  It must be a Disney cruise?
 9           MS. SHELDON:  It actually is, yes.
10           THE COURT:  See, I hit it on the head.
11           MS. SHELDON:  You hit it on the head.  We're going to
12  the British Virgin Islands and Tortola and -- yeah.
13           THE COURT:  I will let you in on a family secret.  I
14  don't know how many family cruises I've been taking since our
15  40th anniversary.
16           And finally when I took senior status, I said, "Well,
17  I'm going to become very rich, because, in addition to my
18  monthly paycheck, I'm now going to get Social Security, which
19  is going to give me more money.  We're going to go on a cruise
20  every year."
21           That was until we had a little emergency, a medical
22  condition, in Ocho Rios with one of my grandchildren and went
23  to three different hospitals to find out it wasn't
24  appendicitis, that we'd have to get her flown to Miami because
25  I wouldn't trust the surgeon over there.  But it was just a
```

```
 1  burst cyst, but it took three hospitals to determine what it
 2  was.
 3          So fortunately if it's a Disney cruise, you're not
 4  going very far.
 5          The greatest experience I ever had was watching a
 6  Coast Guard helicopter land on the back of a ship years ago.
 7  This was before they made ships with the heliport on it.  They
 8  just took the basketball court fences down and -- to take a
 9  child off that had an emergency.
10          So with Disney, you know you're within helicopter
11  range.  So enjoy yourself.  You'll  have -- I've never been on
12  a Disney cruise.  You'll have to tell me whether it's worth it.
13          MS. SHELDON:  I think it is.  My brother used to work
14  for them.  He knows.
15          THE COURT:  So it is a good cruise?
16          MS. SHELDON:  I think so.
17          THE COURT:  I've got two great grandchildren  that
18  are 3 and 2.  And I can't decide whether to try Disney or -- if
19  you go on a Royal Caribbean, you've got 95 things for them to
20  do.
21          MS. SHELDON:  I would recommend that you wait until
22  they're at least 4.
23          THE COURT:  Oh, yes.  It's not going to be now.
24          MS. SHELDON:  Because when they're 4, they can go to
25  the little kid zone and do all of the stuff.
```

```
 1              THE COURT:  Do you go out of Cape Canaveral or do
 2   you --
 3              MS. SHELDON:  Yes.
 4              THE COURT:  Yeah, you don't drive all the way down.
 5              All right.  Enjoy.
 6         (Proceedings concluded at 1:50 p.m.)
 7                                - - -
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                          CERTIFICATE
 2
     UNITED STATES DISTRICT COURT   )
 3                                  )
     MIDDLE DISTRICT OF FLORIDA     )
 4
 5
 6        I hereby certify that the foregoing transcript is a true
 7   and correct computer-aided transcription of my stenotype notes
 8   taken at the time and place indicated herein.
 9
10        DATED this 19th day of February, 2025.
11
12
13                  s/Heather N. Randall_____
                    Heather Randall, RPR
14                            - - -
15
16
17
18
19
20
21
22
23
24
25
```

*Heather Randall, RPR ~ randall4817@yahoo.com*