UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO. 3:23-cr-180-HES-SJH
                                                                          3:25-cr-70-HES-PDB

NOAH MICHAEL URBAN

_____/

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by United States Magistrate Samuel J. Horovitz (Doc. 67 in 3:23cr180-HES-SJH and Doc. 16 in 3:25cr70-HES-PDB) to which the parties waived the fourteen (14) day objection period. No objections have been filed as of the date of this Order; therefore, the Court accepts the Defendant's plea of guilty to Counts One, Nine, and Fourteen of the Indictment as to Case No. 3:23-cr-180-HES-SJH and Count One of the Indictment as to Case No. 3:25-cr-70-HES-LLL, and the Defendant is adjudged guilty of such offenses. In accordance with United States v. Hyde, 520 U.S. 670 (1997), the Court defers consideration of accepting the plea agreement until the Pre-Sentence Report is completed.

**SENTENCING** is hereby scheduled for **Wednesday, August 20, 2025, at 10:00 am**, before the Honorable Harvey E. Schlesinger, United States

District Judge, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

IN ACCORDANCE WITH LOCAL RULE 4.12, WITHIN 14 DAYS OF RECEIVING THE PRESENTENCE REPORT, COUNSEL (OR THE DEFENDANT IF ACTING *PRO SE*) SHALL COMMUNICATE IN WRITING TO THE PROBATION OFFICER, AND TO EACH OTHER, ANY OBJECTIONS THEY HAVE TO THE FACTUAL STATEMENTS AND GUIDELINE CALCULATIONS CONTAINED IN OR OMITTED FROM THE REPORT.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY WRITTEN MATERIAL OTHER THAN THE PRESENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED **NO LATER THAN NOON ON Monday, August 11, 2025.** COUNSEL SHALL NOTIFY THE COURTROOM DEPUTY, AS SOON AS POSSIBLE, IF THEY BELIEVE THE SENTENCING HEARING WILL BE LONGER THAN 45 MINUTES.

DONE AND ORDERED at Jacksonville, Florida, this _7th_ day of April, 2025.

HARVEY E. SCHLESINGER
United States District Judge

Copy to:    John Cannizzaro, Esq.
            Kathryn Sheldon, Esq.
            U.S. Marshal
            U.S. Probation