UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:23-cr-180-HES-SJH

NOAH MICHAEL URBAN

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Consent Motion for a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), for the following cryptocurrencies, which constitute or were derived from proceeds traceable to the offense charged in Count One: a) 1,306,285.53 Dai (DAI) seized from the wallet ending in 38D1f9a, and b) 800.483 Ethereum (ETH) seized from the same wallet.

Being fully advised of the relevant facts, the Court hereby finds that the cryptocurrencies identified above constitute or were derived from proceeds traceable to the offenses alleged in Count One, for which the defendant was found guilty. The order of forfeiture shall be a final order of forfeiture as to the defendant at sentencing.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States= consent motion (Doc. 75) is GRANTED.

It is **FURTHER ORDERED** that; pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the defendant's right, title, and

interest in the subject cryptocurrencies are condemned and forfeited to the United States for disposition according to law.

It is **FURTHER ORDERED** that; the Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the cryptocurrencies and to entertain any third-party claims that may be filed in these proceedings.

DONE and ORDERED in Jacksonville, Florida, this __20t__ day of __August__, 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jennifer M. Harrington, AUSA
Counsel of Record

2